No. 01–6983. DAKER v. GEORGIA; and

No. 01–6984. DAKER v. GEORGIA. Ct. App. Ga. Certiorari denied. Reported below: 243 Ga. App. 848, 533 S. E. 2d 393.

No. 01–6985. BORINSTEIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–6986. BREED'LOVE v. GIBSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6989. SARRATO ALVARADO v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–6990. STRACHN v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–6991. CARTER v. NEWKIRK. C. A. 7th Cir. Certiorari denied.

No. 01–6992. SMITH v. ROPER ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–6994. CONTRERAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–6995. CHANEY v. CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 01–6998. CARTER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7001. CARROLL v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–7003. KIGHT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–7007. EZELL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7011. COMPO v. BROWN ET AL. C. A. 11th Cir. Certiorari denied.